UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:18-CV-4357-SCJ-JKL

Edricka Wilson 1:18-CV-04274-ELR-AJB

**Appellant**

vs.

Altisource Residential

**Appellee**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 02 2018

JAMES N. HATTEN, Clerk
By: Deputy Clerk

NOTICE OF APPEAL(DE NOVO)
PURSUANT TO 28 USCA 1295 (a) (1) (2)

Notice is hearby given that the appellant above named, herby appeals the order and recommendation for remanding case entered into the US District Court for the Northern District Atlanta Division. This appeal is to the 11th Circuit Court of Appeals of the District Court's decision that this case should be remanded the foregoing Dispossessory action should stand moot; with actions and executions arising from such order including but not limited to the Final Order of Recommendation.

JURISDICTION

The District Court of the United States has original, concurrent, and supplementary jurisdiction over this cause of action, pursuant to 28 U.S.C § 1446 (D), 15 U.S.C 1692, and 28 U.S.C 1334 of the federal rule of civil Procedure, including but not limited to the Bill of Rights.

1.

Removal is proper where actions are in violation of claims brought under the Federal Fair Debt Collection Practices Act (FDCPA). The Plaintiff did violate 15 U.S.C 1692, rule 60 of the federal rule of civil Procedure. The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.,"imposes civil liability on 'debt collector[s]' for certain prohibited debt collection practices," Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA, 130 S.Ct.

1605 1608 (2010). Based on the above action, the court have the legal duty to abort eviction pursuant to O.C.G.A 51-1-6 and 15 U.S.C. § 1692.

42 U.S.C. §3631 make it unlawful for any individual(s) to use force, or threaten to use force, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with any person's housing rights because of that person race, color, religion, sex, handicap, familial status, or nation origin. Thus, the claims by Plaintiff may be maintained in any appropriate United States District Court 42 U.S.C. §3631.

2.

A party may remove any claim or cause of action in a civil case to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of title 11. Based on the above information District court has original jurisdiction in this case.

3.

Edricka Wilson has provided written notice of the filing of this Notice of Appeal, and will file copy of this Notice of Appeal with the Magistrate Court of Dekalb County, as required per 28 U.S.C.§1446(d).

Edricka Wilson