UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN                                                                                      DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                                                        404-215-1655
 AND CLERK OF COURT

October 4, 2018

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:18-cv-4357-SCJ
      **U.S.C.A. No.:** 00-00000-00
      **In re:**      **Altisource Residential, LP v. Edricka Shuntae Wilson**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, R&R, Clerk's Judgment and Orders appealed enclosed.** |
| __ | This is not the first notice of appeal.   Other notices were filed on: . |
| X | **There is no transcript.** |
| __ | The court reporter is . |
| __ | There is sealed material as described below: . |
| __ | Other: . |
| __ | Fee paid on . |
| __ | Appellant has been   leave to file *in forma pauperis*. |
| __ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| X | **The Magistrate Judge is Janet F. King**. |
| X | **The District Judge is Steve C. Jones.** |
| __ | This is a **DEATH PENALTY** appeal. |

                                                          Sincerely,

                                                          James N. Hatten
                                                          District Court Executive
                                                          and Clerk of Court

                                                          By:    /s/ Kimberly Carter
                                                                 Deputy Clerk

Enclosures